UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 2 0 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA,    )
     Plaintiff,    )
               )
     v.    )
               )    Criminal No. 04-00333-1 (PLF/AK)
TORI P. LYLES,    )
     Defendant.    )
               )

## RECOMMENDATION TO REVOKE AND REIMPOSE SUPERVISED RELEASE

The parties agree that the Defendant's term of supervised release should be revoked, and supervised release reimposed, and there being no objection thereto, IT IS RECOMMENDED THAT:

- The Defendant be revoked from supervised release and sentenced to a one (1) day incarceration and given credit for one (1) day incarceration that she served on November 16, 2010;

- That her supervised release be reimposed for a period of six months to expire on April 8, 2011;

- That the Defendant comply with all previous conditions of supervised release and all special conditions of supervised release not completed.

DATED: December 16, 2010

               ALAN KAY
               UNITED STATES MAGISTRATE JUDGE

Failure to file timely objections to the findings and recommendations set forth in this report may waive your right of appeal from an order of the District Court adopting such findings

and recommendations. *See Thomas v. Arn*, 474 U.S. 140 (1985).

The Magistrate Judge having recommended that the term of Defendant's supervised release be revoked, and supervised release reimposed, and there being no objection thereto, IT IS ORDERED that the recommendation of the Magistrate Judge is accepted.

DATED: _December 20_, 2010

UNITED STATES DISTRICT COURT JUDGE